513 A.2d 982

**Homer SMITH, Appellant,**

**v.**

**Milton WARRELL and Leah Warrell, his wife, and Richard Boyle and Kenton Woodbury and James Woodbury and Theresa Smeal and Barry Shimborski and Timothy Graham and Matthew Eckert and Charles Eckert.**

Supreme Court of Pennsylvania.

Aug. 18, 1986.

Peter J. Verderame, Langhorne Manor, for appellant.

Frederic D. Rubin, Newtown, for Milton & Leah Warrell.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.